**Opinion issued June 23, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00378-CV

————————————

## IN RE MARK EVENSON, INDIVIDUALLY, AND AS TRUSTEE OF THE A. EDWARD EVENSON FAMILY TRUST AND BARBARA G. EVENSON FAMILY LIVING TRUST, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Mark Evenson, Individually and as Trustee of the A. Edward Evenson Family Trust and Barbara G. Evenson Family Living Trust, has filed a petition for a writ of mandamus, challenging a temporary restraining order that the

trial court signed on April 29, 2016.[1]  The order expired by its own terms on May 13, 2016.  Accordingly, the petition is moot.  *See In re Gregory*, No. 04-16-00277-CV, 2016 WL 3312964, at \*1 (Tex. App.—San Antonio June 15, 2016, orig. proceeding) (mem. op.) (citing *Valley Baptist Med. Ctr. v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000)).

We dismiss the petition and dismiss as moot relator's emergency motion to stay.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

---

[1]  The underlying proceeding is *George M. Lee and Mark Evenson, Individually, and as Trustee of the A. Edward Evenson Family Trust and Barbara G. Evenson Family Living Trust*, Cause No. 2016-27942, in the 270th District Court of Harris County, Texas, the Honorable Brent Gamble presiding.  The Honorable Patricia Kerrigan, Judge of the 190th District Court of Harris County, Texas, sitting as Ancillary Judge under the Harris County District Court Local Rules, signed the temporary restraining order.  *See* Harris County (Tex.) Civ. Dist. Ct. Loc. R. 3.5.2.